Prob 12B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | DALE C. HENSON |
| **Docket Number:** | 1:02CR05277-001 REC |
| **Name of Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Date of Original Sentence:** | February 7, 2005 |
| **Original Offense:** | 18 USC 38, Fraud Involving Aircraft Parts In Interstate Commerce |
| **Original Sentence:** | 36 months probation; $100 SA; $25,000 fine. |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose/dissipate assets; 3) Financial disclosure; 4) No incur new credit charges or open additional lines of credit. |
| **Other Court Action:** | |
| <u>04/07/2005:</u> | Probation Form 12C, Petition for Warrant or Summons For Offender under Supervision, filed with the Court, based on the offender's failure to notify the probation officer of his change in residence. |
| <u>07/01/2005:</u> | **Dispositional Hearing:** Continued on probation as previously ordered; Special conditions that included drug testing; correctional counseling, and alcohol abstinence added. |
| **Type of Supervision:** | Probation |
| **Date Supervision Commenced:** | July 1, 2005 |

RE:   HENSON, Dale C.
      Docket Number:  1:02CR05277-001 REC

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed four (4) tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).**

## JUSTIFICATION

The defendant is currently being supervised in the Central District of California (CD/CA). The CD/CA probation office is requesting that the above-referenced condition be added to the defendant's supervised release conditions based upon the Ninth Circuit Court of Appeals' finding in *United States v. Stephens (9th Cir. 2005)*. In *United States v. Stephens*, the Court limited the probation officer three random tests outside of treatment. However, the defendant's drug history warrants continued monitoring for return to illicit drugs.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**
Telephone:  (559) 499-5726


**DATED:**     April 19, 2006
               Fresno, CA


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                   **Bruce A. Vasquez
                   Supervising United States Probation Officer**

**RE:     HENSON, Dale C.
        Docket Number:  1:02CR05277-001 REC**

**THE COURT ORDERS:**

[X]     **Modification approved as recommended.**

[ ]     **Modification not approved at this time.  Probation Officer to contact Court.**

IT IS SO ORDERED.

**Dated:     April 19, 2006**                                  /s/ Oliver W. Wanger
emm0d6                                                         UNITED STATES DISTRICT JUDGE