UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:02-CR-5277 REC |
| Plaintiff, ) | NEW CASE NUMBER: |
| v. ) | 1:02-CR-5277 LJO |
| DALE C. HENSON, ) | |
| Defendant. ) | **ORDER REASSIGNING CASE** |

Having been advised by counsel that they intend to file a post conviction motion in this matter, it is hereby ordered that this matter is reassigned from the docket of Senior Judge Robert E. Coyle to the docket of Judge Lawrence J. O'Neill.

All future pleadings should be referenced as follows:

1:02-cr-5277 LJO

IT IS SO ORDERED.

**Dated:   October 5, 2007**                /s/ Lawrence J. O'Neill
                         UNITED STATES DISTRICT JUDGE

1