(SPACE BELOW FOR FILING STAMP ONLY)



NOV 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>vs.<br><br>DALE C. HENSON<br><br>    Defendant/Petitioner. | Case No.: 02CR05277-001<br><br>**ORDER RE: PETITION FOR EARLY<br>RELEASE FROM PROBATION** |

TO THE UNITED STATES ATTORNEY'S OFFICE, TO FEDERAL PROBATION DEPARTMENT AND ALL OTHER AGENCIES, ENTITIES, AND PERSONS TO WHOM IT MAY CONCERN:

FOR GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that the Probation of DALE C. HENSON be terminated and all records, whether hard copy, handwritten or computerized, are to so reflect.

DATE: November 26, 2007

_____
JUDGE OF U.S. DISTRICT COURT

DALE C. HENSON - ORDER RE: PETITION FOR EARLY RELEASE FROM PROBATION